IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFERY RAMSEY**                                                                 **PETITIONER**

**v.**                                 **CIVIL ACTION NO. 1:20-CV-10-TBM-RPM**

**RON KING**                                                              **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING RESPONDENT'S MOTION TO DISMISS**

This matter is before the Court on submission of the Report and Recommendation [19] entered by United States Magistrate Judge Robert P. Myers, Jr., on January 8, 2021. The Respondent filed a Motion to Dismiss [12] arguing that the Petitioner's Amended Petition for Writ of Habeas Corpus [9] is moot because the Petitioner was re-released on parole on June 10, 2020. Judge Myers recommends that the Petitioner's Amended Petition for Writ of Habeas Corpus [9] be dismissed with prejudice as moot. The Petitioner has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error." *Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010); *Thomas v. Arn*, 474 U.S. 140, 152, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."). Having considered Judge Myers's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS THEREFORE ORDERED AND ADJUDGED that the Report and Recommendation [19] entered by United States Magistrate Judge Robert P. Myers, Jr., on January 8, 2021 is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the Respondent's Motion to Dismiss [12] as moot is GRANTED. The Amended Petition for Writ of Habeas Corpus [9] is DISMISSED WITH PREJUDICE as MOOT.

THIS, the 5th day of March, 2021.

                                                  TAYLOR B. McNEEL
                                                  UNITED STATES DISTRICT JUDGE