IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFERY RAMSEY**                                                          **PETITIONER**

**v.**                                **CIVIL ACTION NO. 1:20-CV-10-TBM-RPM**

**RON KING**                                                          **RESPONDENT**

## **FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation [19] entered by United States Magistrate Judge Robert P. Myers, Jr., on January 8, 2021. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

THIS, the 5th day of March, 2021.

                                                      TAYLOR B. McNEEL
                                                      UNITED STATES DISTRICT JUDGE